## IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2234 Disciplinary Board No. 3 |
| | : | |
| Petitioner | : | No. 141 DB 2016 |
| | : | |
| | : | Attorney Registration No. 32706 |
| v. | : | |
| | : | (Allegheny County) |
| JAMES R. COONEY, | : | |
| | : | |
| Respondent | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 10th day of November, 2016, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and James R. Cooney is suspended on consent from the Bar of this Commonwealth for a period of two years. The suspension is stayed in its entirety, and he is placed on probation for a period of two years, subject to the following conditions:

1. Respondent shall abstain from using alcohol, or any other mind-altering drugs;

2. Respondent shall comply with all terms and conditions imposed by the Allegheny County Adult Probation Office stemming from his sentence imposed at case CP-02-CR-0008959-2011;

3. A sobriety monitor shall be appointed to monitor Respondent in accordance with Disciplinary Board Rule §89.293(c);

4. Respondent shall undergo or submit to any counseling, out-patient or in-patient treatment, prescribed by his treating physician or alcohol counselor;

5. Respondent shall file with the Secretary of the Board quarterly written reports, with copies to Disciplinary Counsel;

6. With the sobriety monitor, Respondent shall:

   a. meet at least twice monthly;

   b. maintain weekly telephone contact;

   c. provide the necessary properly executed written authorizations to verify his compliance with the required substance abuse treatment; and

   d. cooperate fully.

7. The appointed sobriety monitor shall:

   a. monitor Respondent's compliance with the terms and conditions of the order imposing probation;

   b. assist Respondent in arranging any necessary professional or substance abuse treatment;

   c. meet with Respondent at least twice monthly, and maintain weekly telephone contact with Respondent;

   d. file with the Secretary of the Board quarterly written reports with copies to Disciplinary Counsel; and,

   e. immediately report to the Secretary of the Board any violations by Respondent of the terms and conditions of the probation.